# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**LOUIS JAY REMILLARD,**<br><br>**Defendant.** | CR 21-47-GF-BMM<br><br><br><br>**PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Defendant appeared before the Court on September 14, 2021, entered a plea of guilty to the superseding information, and admitted the superseding information's forfeiture allegation.

His signed, written plea agreement, together with the offer of proof in this case and admissions at the change of plea hearing provide a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. §§ 853(a) and 881(a)(11).

IT IS ORDERED:

THAT the defendant's interest in the following property is forfeited to the United States in accordance with those provisions:

- 2008 White Dodge Charger, VIN 2B3KA43G68H239826

1

Investigation are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. §§ 853(a)(1), 853(n)(1), and 881(a)(11), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 29th day of December 2021.

_____
Brian Morris, Chief District Judge
United States District Court